IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JERROD ALEXANDER RANKIN                                         PLAINTIFF
ADC #164646

v.                          No. 2:22-cv-226-DPM

ARKANSAS COUNTY DETENTION
CENTER and ARKANSAS
DEPARTMENT OF CORRECTIONS                       DEFENDANTS

## JUDGMENT

Rankin's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

2 March 2023